227 So.2d 143

**Morris G. MAHER**

v.

**CITY OF NEW ORLEANS.**

No. 49963.

Oct. 23, 1969.

In re: Morris G. Maher applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 222 So.2d 608.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

■

227 So.2d 143

**Frank BARRECA**

v.

**CITY OF NEW ORLEANS, The French Market Corporation, H. N. Fernandez, Inc., and Felix Bonura.**

No. 50048.

Oct. 23, 1969.

In re: Frank Barreca applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.